JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Ab Initio Software Corporation

**DEFENDANTS**

Crestech Enterprises, Inc.

**(b)** County of Residence of First Listed Plaintiff   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Morris
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue, NY, NY 10022, 212-230-8800

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Sec. 101, 15 U.S.C. Sec 1114(a)

Brief description of cause:
Ab Initio Software alleges that Crestech has used its software violating Ab Initio's copyrights and trademarks

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                     DOCKET NUMBER

DATE  7/12/06

SIGNATURE OF ATTORNEY OF RECORD
Thomas G. Koffer /WAH

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of _____

Ab Initio Software Corporation

V.

Crestech Enterprises, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Crestech Enterprises, Inc.
188 Route 10 West,
Suite 202
East Hanover, New Jersey 07936

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*


                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AB INITIO SOFTWARE CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>CRESTECH ENTERPRISES INC., )<br><br>Defendant. ) | **VERIFIED COMPLAINT<br>FOR INJUNCTIVE RELIEF<br>AND DAMAGES** |

### NATURE OF ACTION

Ab Initio Software Corporation ("Ab Initio") brings this action against Crestech Enterprises, Inc. ("Crestech") for violations of The Copyright Act, 17 U.S.C. §101 et seq., violations of the Lanham Act, 15 U.S.C. §§1114(a) and 1125(a), conversion, unjust enrichment and misappropriation of trade secrets—all arising from defendant's illegal and unlawful copying and use of computer software and related manuals created and copyrighted by Ab Initio. Pursuant to 17 U.S.C. §502 and Fed R. Civ. P. 65 and NJ Court Rules Annotated, R4:52-1, Ab Initio seeks permanent injunctive relief as well as monetary damages.

### PARTIES

1.  Plaintiff Ab Initio is a Delaware corporation with a principal place of business at 201 Spring Street, Lexington, Massachusetts 02421.

2.  Upon information and belief, defendant Crestech is a corporation with a principal place of business at 188 Route 10 West, Suite 202, East Hanover, New Jersey 07936.

3.  Upon information and belief, the President of Crestech is Moin Ansari, with an address of 188 Route 10 West, Suite 202, East Hanover, New Jersey 07936.

**JURISDICTION AND VENUE**

4.   This Court has subject matter jurisdiction over the claims in this Action pursuant to the provisions of 17 U.S.C. §101 et seq., 28 U.S.C. §1338(a), 28 U.S.C. §1331, and 15 U.S.C. §1116.   This Court has supplemental jurisdiction over Ab Initio's state law claims pursuant to 28 U.S.C. §1367(a).

5.   This Court has personal jurisdiction over defendant because, among other reasons, it is found in New Jersey, it regularly transacts business in New Jersey, and defendant's conduct has resulted in injury to Ab Initio in New Jersey.

6.   Venue is proper in this Court pursuant to 28 U.S.C. §§1391 and 1400.

**FACTS**

7.   Ab Initio is a leading provider of computer software products used to build, power and manage mission critical information processing systems.  Ab Initio's core product, the "Co>Operating System," provides a powerful, general-purpose computing platform that delivers crucial processing capabilities including distributed and parallel execution, platform-independent data transport, check pointing and process monitoring.  The "Co>Operating System" provides cutting edge performance even when processing different types of data and when run on disparate hardware platforms or otherwise dissonant technologies.  Ab Initio's software products also include its "Graphical Development Environment" ("GDE") which allows for the creation of applications by dragging and dropping components onto a canvas, configuring them with point and click operations, and connecting them into executable flow charts.

8.   Over the past ten years, Ab Initio has licensed its software to many of the world's largest financial, telecommunications, retail, transportation, insurance and healthcare companies. Currently, approximately 25% of Fortune 500 companies are Ab Initio customers.

- 2 -

9. Ab Initio licenses its software products directly (*i.e.* not through dealers, distributors, or other "product channel" means) and only to end-user customers under license terms that prohibit each customer from disclosing such software to any third party not under a non-disclosure agreement with the customer, and then only in order to provide needed services to such customer.

10. Ab Initio provides training for its customers on its products. Ab Initio has developed training manuals and tutorials (collectively "Manuals") which it provides only to licensees and technical partners, and then only pursuant to nondisclosure agreements. Proper training is critical to the optimal use of Ab Initio's software products, which typically allow for performance that is at least several orders of magnitude faster than that offered by its closest competitors. If a developer is not properly trained and either misuses or does not use Ab Initio's product to its full potential, Ab Initio's customers will not realize the speed and performance of Ab Initio's software and Ab Initio will suffer competitive harm in the market.

11. Ab Initio has a copyright in and has applied for copyright registrations for its Co>Operating System and its Graphical Development Environment. (See Exhibit A attached hereto which contains copies of the above-referenced applications.)

12. The Ab Initio mark is owned by Ab Initio and is the subject of United States Trademark Registration Nos. 2498581, 2484167, and 2942353. The Ab Initio mark has been used extensively in connection with software installations throughout the United States. The Ab Initio mark is famous in the market for data processing applications and is associated with Ab Initio, its affiliates, and its licensees, and their excellent reputation and success. Ab Initio has gone to great lengths to protect its mark from unauthorized use.

- 3 -

**CRESTECH**

13. Crestech actively advertises on its website that it provides training on Ab Initio software products.  Crestech has advertised that it "offers Ab Initio training for our clients" and that it "offers a complete suite of Ab Initio, Datawarehousing, Data Modeling, and database training programs. Be they relational databases like … Ab Initio …, Crestech offers the right programs for you."  (See Exhibit B, a true and accurate copy of the Crestech website).  Further, Crestech describes courses its offers as including "Ab Initio Certified Database Expert," "Ab Initio Database Architect," "Ab Initio Database Programmer," "Ab Initio Data Modeler," "Ab Initio Database Professional," "Ab Initio Decision Support System Specialist," "Ab Initio Database Programming Specialist," "Ab Initio Data Modeling Specialist," "Ab Initio Application Performance," "Ab Initio cooperating system, GDE and EME upgrades," and "Ab Initio Design and Development."   In short, Crestech claims to provide training at all levels on Ab Initio products, including those for an "Ab Initio certified database expert."

14. According to its website, Crestech is currently engaged in providing training on Ab Initio products and is actively soliciting students to be trained on Ab Initio products.  However, Crestech is not—and has never been—a licensee of Ab Initio or in any way authorized to provide training on Ab Initio products.  Crestech has never sought or received permission from Ab Initio to provide training on Ab Initio products.

15. Upon information and belief, the only way that Crestech can provide training on "a complete suite of Ab Initio" programs, as it claims to do, is by copying and using Ab Initio products as part of such training.  A person cannot be trained at any level, much less to the level of "certified expert" or "programmer" or "specialist," unless he or she is trained using the product itself.  When Crestech uses Ab Initio's software on a computer system for training, it

necessarily copies the software onto its computer system to run. Crestech has never been authorized, licensed, or in any way permitted to copy, use or possess any Ab Initio product or software. Any use by Crestech of Ab Initio products is unlawful.

16. Ab Initio has never sold or licensed any of its products to Crestech. Crestech has never bought or licensed any Ab Initio product from Ab Initio, which is the only legitimate source and sole licensor of such products.

17. Upon information and belief, Crestech has come into possession of one or more copies of Ab Initio software unlawfully, either by purchasing such software on the black market or by making an illegal copy of the software.

18. Crestech has used Ab Initio's protected trademark in its advertisements for training on Ab Initio software products. Ab Initio has never authorized Crestech to use Ab Initio's trademark in its advertisements, on its website or within metatags.

## COUNT II

### (Copyright infringement under 17 U.S.C. §501)

19. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

20. Ab Initio is the owner of copyrighted works entitled "Co>operating System" and "The Graphical Development Environment" (the "Works") for which applications for registration have been issued by the United States Copyright Office.

21. As copyright owner of the "Works," Ab Initio owns exclusive rights, among others, to copy the Works and to distribute copies of the Works by sale or other transfer of ownership, or by rental, lease or lending.

22. By Crestech's act and conduct, including but not limited to that which is described above, Crestech has infringed Ab Initio's copyrights in the Works by, without limitation,

- 5 -

copying the Works and preparing derivative works based on the Works without Ab Initio's permission.

23. Crestech's infringement of Ab Initio's copyrights has been willful and knowing.

24. Ab Initio has suffered and will continue to suffer irreparable harm from the unauthorized copying of the Works or derivations of the Works unless Crestech is enjoined pursuant to 17 U.S.C. §502 from continuing its illegal conduct. Ab Initio has no adequate remedy at law.

25. As a result of Crestech's infringement of Ab Initio's copyrights, Ab Initio has and continues to suffer irreparable harm, damages, and has been forced to incur attorneys' fees and other expenses to protect its copyright. In contrast, Crestech has wrongfully earned profits by copying the Works and derivations of the Works without Ab Initio's consent.

## COUNT III

## (Federal Trademark Infringement under 15 U.S.C. §1114(a))

26. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

27. By Crestech's use of Ab Initio's protected trademarks in its advertisements for software training, Crestech has created confusion and misled consumers into believing that it is associated or affiliated with Ab Initio or authorized to provide training on Ab Initio software products.

28. Crestech has not been authorized to use Ab Initio's trademark and is not—and never has been—associated with Ab Initio. Crestech has never been authorized to provide training on Ab Initio software products.

- 6 -

29. Ab Initio has suffered and will continue to suffer irreparable diminution of its goodwill and reputation as to which it has no adequate remedy at law, unless Crestech is enjoined from making any further advertisements that unlawfully use the Ab Initio trademark.

## COUNT IV

### (Federal Unfair Competition under 15 U.S.C. §1125(a))

30. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

31. By Crestech's advertisements, Crestech has created confusion and misled consumers into believing that they are affiliated with Ab Initio or authorized to provide training on Ab Initio software products by claiming their unlawful copies of Ab Initio software were authorized and licensed.

32. Crestech is not now - and has not ever - been associated with Ab Initio in any way. Crestech has never been authorized to provide training on Ab Initio products and has never had authorized or licensed copies of Ab Initio's software.

33. Ab Initio has suffered and will continue to suffer irreparable diminution of its goodwill and reputation as to which it has no adequate remedy at law, unless Crestech is enjoined from making any further advertisements with regard to Ab Initio or Ab Initio products.

## COUNT V

### (Conversion)

34. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

35. Crestech has unlawfully taken and converted to its own use Ab Initio's Works.

36. Crestech has continued to retain without lawful right all such materials and has failed to return them to Ab Initio.

US1DOCS 5735918v2

37. As a result of Crestech's unlawful conversion of Ab Initio's property, Ab Initio has suffered and continues to suffer substantial damages and irreparable harm.

## COUNT VI

### (Unjust Enrichment)

38. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

39. Crestech is deriving economic benefits from its unauthorized and unlawful use of Ab Initio's property rights by offering training to third parties, and, upon information and belief, being compensated to provide such training. Such compensation is unjustly earned by Crestech and rightfully belongs to Ab Initio.

## COUNT VII

### (Common Law Misappropriation of Trade Secrets)

40. Ab Initio repeats and incorporates the allegations contained in the preceding paragraphs as fully as if set forth here.

41. Ab Initio's Co>Operating System and GDE software and related Manuals constitute trade secrets and confidential information of Ab Initio.

42. Ab Initio has taken significant measures to guard the secrecy and confidentiality of its Co>Operating System and GDE software and Manuals. Ab Initio licenses these software products and manuals directly and only to end-user customers under license terms that prohibit each customer from disclosing such software to any third party not under a non-disclosure agreement with the customer, and then only in order to provide needed services to such customer. It further marks all such software and Manuals "confidential."

43. Ab Initio provides Manuals only to licensees and technical parties under nondisclosure agreements. Ab Initio numbers each Manual and tracks where each is delivered.

Ab Initio's Manuals contain legends stating that they are confidential and a trade secret and that any reproduction of the Manual is strictly prohibited.

44. Ab Initio derives value from licensing its software and providing Manuals to many of the world's largest financial, telecommunications, retail, transportation, insurance and healthcare companies. Ab Initio will lose the value of these products if Crestech is not prevented from using and disclosing the trade secrets.

45. Upon information and belief, Crestech has obtained and used Ab Initio's software and Manuals unlawfully, either by purchasing such software on the black market or by making an illegal copy of the software and Manuals.

### REQUEST FOR RELIEF

WHEREFORE, Ab Initio respectfully requests that the Court:

1.   Temporarily restrain, and preliminarily and permanently enjoin, Crestech, and each of its officers, directors, employees, affiliates, agents, representatives and assigns from reproducing the Works, from preparing or reproducing works based on or incorporating the Works, from distributing copies of the Works or any work based on or incorporating the Works by sale or other transfer of ownership or by rental, lease, or lending, and from displaying or performing such works, including (without limitation) as part of training demonstrations;

2.   Temporarily restrain, and preliminarily and permanently enjoin, Crestech, and each of its officers, directors, employees, affiliates, agents, representatives and assigns from using, copying, making use of, distributing, downloading, uploading, or making available on any network including, without limitation, the Internet, and from otherwise using or infringing, the Works, and directing the defendant to return all materials, documents, software (in machine readable form or otherwise), or any other information (whether originals or copies, however

- 9 -

preserved, duplicated, recorded, authored, developed, distributed or produced) from Ab Initio or in any way based on or derived from such materials, documents or software;

3.  Temporarily restrain, and preliminarily and permanently enjoin, Crestech, and each of its officers, directors, employees, affiliates, agents, representatives and assigns from destroying, concealing, altering or otherwise disposing of any materials, documents, software (in machine readable form or otherwise), or any other information (whether originals or copies, however preserved, duplicated, recorded, authored, developed, distributed, or produced) from Ab Initio or in any way based on or derived from such materials, documents or software;

4.  Temporarily restrain, and preliminarily and permanently enjoin, Crestech, and each of its officers, directors, employees, affiliates, agents, representatives and assigns from using the name "Ab Initio" or any other mark, brand, or designation that is a colorable imitation of or likely to be confused with the trademark Ab Initio and from further infringing Ab Initio's mark in any way, and engaging in further unfair competition and unfair or deceptive acts or practices;

5.  Temporarily restrain, and preliminarily and permanently enjoin Crestech, and each of its officers, directors, employees, affiliates, agents, representatives and assigns from using, copying, making use of, distribution, downloading, uploading, making available on any network, including, without limitation, the Internet and from otherwise using or disclosing Ab Initio's Co>Operating System software, GDE software, and/or Manuals, and directing defendant to return all materials, documents, software (in machine readable form or otherwise), or any other information (whether originals or copies, however preserved, duplicated, recorded, authored, developed, distributed or produced) from Ab Initio or in any way based on or derived from such materials, documents or software;

6.  Enter judgment for Ab Initio and against Crestech on all applicable Counts;

- 10 -

7.  Award Ab Initio its actual, statutory, or other damages on all Counts;

8.  Award Ab Initio its reasonable attorneys' fees and costs, in accordance with applicable law; and

9.  Grant Ab Initio such other relief as the Court may deem just and proper under the circumstances.

### JURY DEMAND

Ab Initio demands a trial by jury on all issues so triable.

AB INITIO SOFTWARE CORPORATION

By its attorneys,

Thomas J. Koffer (TK 3894)
Wendy A. Harris
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel:  (212) 230-8800
Fax: (212) 230-8888

Merriann M. Panarella
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax: (617) 526-5000

Dated:  July ___, 2006

- 11 -

## <u>VERIFICATION</u>

I am the General Counsel of Ab Initio Software Corporation, and am fully familiar with the matters described in this Verified Complaint. I have read the Verified Complaint and verify that the statements set forth in it are true to the best of my knowledge, information and belief.

Signed under the pains and penalties of perjury this 12th day of July, 2006, in Encinitas, California.

_____
John Land, Esq.

# EXHIBIT A

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

Ab Initio Co>Operating System v. 2.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**    NAME OF AUTHOR ▼

Ab Initio Software Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**b**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998    ◀ Year

**b**    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____    ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02401

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N.A.

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  **5**
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**          **a   6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a   7**
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼   **b**

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151          Fax number ▶ 781-301-2002
Email ▶ johnland@abinitio.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the   **8**
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Ab Initio Software Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land          Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ John Land, Esq. | **9** |
| | Number/Street/Apt ▼ 201 Spring Street | |
| | City/State/ZIP ▼ Lexington, MA 02421 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx    Web Rev: July 2003    ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

Ab Initio Co>Operating System v. 2.6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

# 2

**a**  **NAME OF AUTHOR ▼**

Ab Initio Software Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

# 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N.A.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous versions of same-named program

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text added to prior version of work, and existing text of such prior work revised

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151          Fax number ▶ 781-301-2002

Email ▶ johnland@abinitio.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Ab Initio Software Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land                    Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>John Land, Esq. | • YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>201 Spring Street | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material |
| | City/State/ZIP ▼<br>Lexington, MA 02421 | MAIL TO:<br>Library of Congress<br>Copyright Office - TX<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6222 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx    Web Rev: July 2003    ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Ab Initio Co>Operating System v. 2.7

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

Ab Initio Software Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ _United States_

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2000   ◀Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N.A.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous versions of same-named program

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text added to prior version of work, and existing text of such prior work revised

**a**

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151      Fax number ▶ 781-301-2002

Email ▶ johnland@abinitio.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Ab Initio Software Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land      Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John Land, Esq.

Number/Street/Apt ▼
201 Spring Street

City/State/ZIP ▼
Lexington, MA 02421

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

If Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Ab Initio Co>Operating System v. 2.8

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Ab Initio Software Corporation

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No       If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No       If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No       If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000 ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◄ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N.A.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

---

**DERIVATIVE WORK OR COMPILATION**

**a**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Previous versions of same-named program

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

New text added to prior version of work, and existing text of such prior work revised

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶  760-696-9151          Fax number ▶  781-301-2002

Email ▶  johnland@abinitio.com

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Ab Initio Software Corporation

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land          Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _____

---

| Certificate will be mailed in window envelope to this address: | Name ▼<br>John Land, Esq.<br><br>Number/Street/Apt ▼<br>201 Spring Street<br><br>City/State/ZIP ▼<br>Lexington, MA 02421 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br><br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br><br>**MAIL TO:**<br>Library of Congress<br>Copyright Office - TX<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6222 | **9** |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx    Web Rev. July 2003    ✿ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

_____

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

Ab Initio Co>Operating System v. 2.9

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**2**
**a**   **NAME OF AUTHOR ▼**

Ab Initio Software Corporation

**DATES OF BIRTH AND DEATH**
**Year Born ▼**     **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of �_____
Domiciled in �sub United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**     **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of �_____
Domiciled in �P_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**     **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▼_____
Domiciled in ▼_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given   2001 ◄ **Year** in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.   Month �short_____ Day▶_____ Year▶_____   ◄ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N.A.

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                              **a  6**

Previous versions of same-named program

*See instructions before completing this space.*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

New text added to prior version of work, and existing text of such prior work revised

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.  **a  7**
Name ▼                                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼   **b**

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151          Fax number ▶ 781-301-2002
Email ▶ johnland@abinitio.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the     ☐ author                                            **8**
                                                Check only one ▶    ☐ other copyright claimant
                                                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Ab Initio Software Corporation
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land                                                          Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ John Land, Esq. | **9** |
| | Number/Street/Apt ▼ 201 Spring Street | |
| | City/State/ZIP ▼ Lexington, MA 02421 | |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⟳ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

_____

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Ab Initio Co>Operating System v. 2.10

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Ab Initio Software Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◀Year in all cases.
2001

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶    Day ▶    Year ▶    ◀ Nation
ONLY if this work has been published.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N.A.

See instructions before completing this space.

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED B[ ]                                                    FORM TX

CHECKED BY

[ ] CORRESPONDENCE
    Yes                                                         FOR
                                                               COPYRIGHT
                                                               OFFICE
                                                               USE
                                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes  [✓] No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a  6**

Previous versions of same-named program

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

New text added to prior version of work, and existing text of such prior work revised

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                  Account Number ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151          Fax number ▶ 781-301-2002

Email ▶ johnland@abinitio.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one  {
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[✓] authorized agent of   Ab Initio Software Corporation

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land                                          Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John Land, Esq.

Number/Street/Apt ▼
201 Spring Street

City/State/ZIP ▼
Lexington, MA 02421

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxi   Web Rev: July 2003   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

~~By 31-3~~ fees are sub~~~~ to change.
~~~~ check the Copyright Office
~~website at www~~ *copyright.gov*, write the Copy-
~~~~ ~~al~~ Office, ~~~~ all (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| | |
|---|---|
| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Ab Initio Co>Operating System v. 2.11

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**    NAME OF AUTHOR ▼

Ab Initio Software Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶    United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New text added to prior version of work, and existing text of such prior work revised

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
◀ Year in all cases.
2002

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶
◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N.A.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of _____ pages

EXAMINED BY                                     **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
    Yes

**FOR COPYRIGHT OFFICE USE ONLY**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶             Year of Registration ▶

**6** DERIVATIVE WORK OR COMPILATION
a   Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous versions of same-named program

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text added to prior version of work, and existing text of such prior work revised

See instructions before completing this space.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a   Name ▼                            Account Number ▼

b   CORRESPONDENCE Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼

John Land, Esq.
Ab Initio Software Corporation
201 Spring Street, Lexington, MA 02421

Area code and daytime telephone number ▶ 760-696-9151       Fax number ▶ 781-301-2002
Email ▶   johnland@abinitio.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
     Check only one ☐ author
                       ☐ other copyright claimant
                       ☐ owner of exclusive right(s)
                       ☑ authorized agent of   Ab Initio Software Corporation
of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Land                                   Date ▶ January 25, 2006

Handwritten signature (X) ▼

X _____

**9** Certificate will be mailed in window envelope to this address:

Name ▼
John Land, Esq.

Number/Street/Apt ▼
201 Spring Street

City/State/ZIP ▼
Lexington, MA 02421

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper             U.S. Government Printing Office: 2000-461-113/20,021